**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

Jane Doe, et al.

                      Plaintiff,

v.                                               Case No.: 3:23−cv−00422

Currey Ingram Academy

                      Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/5/2024 re [38].

                                                      Lynda M. Hill
                                              s/ Kim Chastain, Deputy Clerk